United States Bankruptcy Court
District of Maryland

In re:                                                                                  Case No. 07-16838-WIL
Anne Arundel Lee                                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0416-0        User: khorning        Page 1 of 2          Date Rcvd: Oct 16, 2013
                            Form ID: clsnod13     Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2013.
```
db           +Anne Arundel Lee,    11804 Murre Ct,    Waldorf, MD 20601-4926
cr           +DEUTSCHE BANK NATIONAL TRUST CO.,    c/o Bierman, Geesing & Ward, LLC,
               4520 East West Highway, Suite 200,    Bethesda, MD 20814-3382
cr           +Deutsche Bank National Trust Company as Trustee c/,    c/o Bierman, Geesing & Ward, LLC,
               4520 East West Highway, Suite 200,    Bethesda, MD 20814-3382
cr           +Household Bank (SB) N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Ste. 200,
               Tucson, AZ 85712-1083
cr            OneWest Bank FSB,    P. O. Box 829009,    Dallas, TX 75382-9009
cr           +PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr           +eCAST Settlement Corporation,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd. Ste. #200,
               Tucson, AZ 85712-1083
24256587     +Bierman, Geesing & Ward, LLC,    4520 East West Highway, Suite 200,    Bethesda, MD 20814-3382
24256588    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One Bank,    P.O. Box 85015,    Richmond, VA 23285)
24256617     +Comptroller of the Treasury,    Compliance Division, Room 409,    301 W. Preston Street,
               Baltimore, MD 21201-2305
24349903     +Deutsche Bank National Trust Company As Trustee,    c/o IndyMac Bank, FSB,    6900 Beatrice Drive,
               3rd Floor,    Kalamazoo, MI 49009-9559
24281685     +Federated Retail Holdings, Inc./Hecht's,    c/o Tsys Debt Management,    PO Box 137,
               Columbus, GA 31902-0137
24256590     +HSBC/Nautilus,    90 Christiana Rd,    New Castle, DE 19720-3118
24256589     +HSBC/Nautilus,    Retail Services,    P.O. Box 15521,    Wilmington, DE 19850-5521
24302610     +Household Bank (SB), N.A.,    eCAST Settlement Corporation,    c/o Bass & Associates, P.C.,
               3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
24256592     +IndyMac Bank,    Home Loan Servicing,    6900 Beatrice Dr,    Kalamazoo, MI 49009-9559
24256591     +IndyMac Bank,    1 National City Pkwy,    Kalamazoo, MI 49009-8003
24256593     +IndyMac Bank,    P.O. Box 78826,    Phoenix, AZ 85062-8826
24256595     +Law Offfice of Howard Schiff,    P.O. Box 85520,    Richmond, VA 23285-5520
24256597     +MVA,    The Insurance Compliance Division,    6601 Ritchie Highway, NE,
               Glen Burnie, MD 21062-1000
24256596      Macy's/DSNB,    911 Duke Blvd,    Mason, OH 45040
25528879    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
               Norfolk, VA 23541)
24718775     +Popeil Family Store,    11541 Bradley Ave,    Unit C,    San Fernando, CA 91340-2556
24451161     +State of Maryland,    Central Collections Unit,    300 West Preston Street, 5th Floor,
               Baltimore, MD 21201-2308
24256619     +State of Maryland DLLR,    Division of Unemployment Insurance,    1100 N. Eutaw Street, Room 401,
               Baltimore, MD 21201-2201
24256618     +Taxing Authority of,    Charles County-Treasurer,    PO Box 2150,    La Plata, MD 20646-2150
24256599     +WFFNB/Dress Barn,    P.O. Box 182273,    Columbus, OH 43218-2273
24458172     +eCast Settlement Corp.,    c/o Bass & Associates, PC,    3936 E. Ft. Lowell Road,
               Tucson, AZ 85712-1097
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/Text: bankruptcy@oliphantfinancial.com Oct 16 2013 20:12:41     Oliphant Financial,
               9009 Town Center Parkway,    Ladewood Ranch, FL 34202-4185
24256594     +E-mail/Text: mrosenthal@lfcu.org Oct 16 2013 20:13:26     Lafayette Federal Credit Union,
               3535 University Blvd,    Kensington, MD 20895-1701
24478912     +E-mail/Text: bankruptcy@oliphantfinancial.com Oct 16 2013 20:12:40     Oliphant Financial, LLC,
               9009 Town Center Parkway,    Lakewood Ranch, FL 34202-4185
24854295      E-mail/Text: resurgentbknotifications@resurgent.com Oct 16 2013 20:12:24
               ROUNDUP FUNDING, L.L.C.,    MS 550,    PO Box 91121,    SEATTLE, WA 98111-9221
24288306      E-mail/Text: bncmail@w-legal.com Oct 16 2013 20:13:34     World Financial Network National Bank,
               c/o Weinstein & Riley, P.S.,,    PO Box 3978,    Seattle, WA 98124-3978
                                                                                             TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24256598    +++Popeil Inventions/c/o Collection Connect
cr*          +Deutsche Bank National Trust Co.,    c/o Bierman Geesing & Ward, LLC,
               4520 East West Highway, Suite 200,    Bethesda, MD 20814-3382
cr*           Roundup Funding, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
24263727*   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank,    c/o Tsys Debt Mgmt.,    PO Box 5155,
               Norcross, GA. 30091)
                                                                                   TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0416-0          User: khorning              Page 2 of 2                  Date Rcvd: Oct 16, 2013
                              Form ID: clsnod13           Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2013                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2013 at the address(es) listed below:
              Kevin R. Feig    kevin.feig@bww-law.com,  bankruptcy@bww-law.com
              Kevin R. ^t^3Feig    kevin.feig@bgw-llc.com,  bankruptcy@bgw-llc.com
              Timothy P. Branigan    cmecf@chapter13maryland.com
                                                                                              TOTAL: 3
```

Form clsnod13

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:   07−16838 WIL     Chapter:   13

Anne Arundel Lee
Debtor(s)

## NOTICE THAT CASE IS ELIGIBLE
## TO BE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case is eligible to be closed without entry of discharge as the Debtor(s) did not file an Affidavit Requesting Discharge in compliance with LBR 4008−1.

Dated: 10/16/13

Mark D. Sammons, Clerk of Court
by Deputy Clerk, Kelly Horning  301−344−3393